Expert Damage Report of:

LARRY EMBREE

Commercial Fire and Water Loss

300 Crown Colony Drive Office Building

300 Crown Colony Drive

Quincy, MA 02169

Date of Loss: April 25, 2017

Claim No. 141826400

Report prepared for:

John F. Brosnan

O'MALLEY & HARVEY, LLP.

400 Fifth Avenue, Suite 310

Waltham, MA 02451

**Background:**

Cunningham Lindsey was contacted by Liberty Mutual Commercial on 4/26/17 regarding a fire that occurred on 4/25/17 at 300 Crown Colony Drive, Suite 501, Quincy, MA. We made immediate contact with the Insured (Onex York Holdings Corporation) and scheduled a site visit for the next day.

The Insured leased approximately 7,500 square feet of office space on the 2nd floor and 7,500 square feet of office space on the 5th floor. The office space on the 5th floor is where the fire originated. The office building contained 5 floors.

**Scope of work:**

We were asked by Liberty Mutual to visit loss site and document the damages to Business Personal Property (BPP) of the Insured. We conducted our 1st (and only) site visit on 4/27/17. In addition to documenting damages to the BPP we were instructed to photograph the loss site along with providing a diagram of the affected areas (see attached). We also produced a photo sheet of the damages that contained 43 photographs.

**Damages:**

Below is a list of BPP that were confirmed as damaged. The prices for the Misc. Kitchen items were verified by WB Mason. The remaining items were verified by invoices/estimates that were provided to Liberty Mutual.

| Damage BPP | Cost |
|---|---|
| Misc Kitchen Items | $     684.91 |
| Desk Chairs    (53) | $14,535.78 |
| Office Side Chairs  (10) | $ 2,000.00 |
| Conference Room Chairs (10) | $ 2,009.20 |
| Cubicles (50) | $55,468.76 |
| Medicine Cabinet | $     191.48 |
| Computer Towers (5) | $ 3,830.00 |
| Check Printer | $     377.00 |
| Multi Tray Duplex Laser Jet | $ 1,200.00 |
| Monitor | $     130.00 |
| CP 8945 Phone | $     300.00 |
| Gray Trash Barrels (50) | $     620.50 |
| Blue Recycle Bins (50) | $     481.00 |
| **Gross Total** | **$81,828.63** |

**Analysis:**

The attached photo sheet demonstrates that there was severe damage in the area of the fire. In this area there were several computers, a printer and 14 cubicles that were destroyed by the fire. In the remaining office areas, there was heavy soot throughout the space. The items in this area

that were damaged and required replacement were the cubicles and chairs. The main reason for the chairs being replaced is they were cloth-based and would not be able to be brought back to pre-loss condition due to the odor and soot damages. This is also true for the cubicles in addition to soot getting down into the steel tubing that holds up the cubicles. There was a concern that the inside of the tubes could not be properly cleaned and would give off an odor. Based on this evaluation the cubicles (50) were replaced.

The costs provided by several vendors appear to be reasonable and were verified through internet search.

**Conclusion:**

As a result of a fire that occurred in office space leased by the Insured (Onex York Holdings Corporation) at 300 Crown Colony Drive, Suite 501, Quincy, MA, I was able to document $81,828.63 in damages incurred by Insured. The damages are documented in the attached Schedule of Property Form.

**Publications:**

None

**List of cases in which I have provided expert testimony.**

I have not testified as an expert in the last four years at either deposition or trial.

**Compensation:**

My hourly rate is $185/hr.

**Curriculum Vitae:**

My Curriculum Vitae is attached at Addendum A.

The opinions expressed in report are based on the materials referenced, my knowledge, education, experience, and training. The opinions expressed in this report are held to a reasonable degree of adjusting certainty.

_____

Larry Embree

Dated: 05/06/2021



# LARRY L. EMBREE

5 Westcott Road                                         Cell: 508.918.3223; Home: 508.478.7388
Hopedale, MA 01747                                      E-mail: larryembree@comcast.net

## SUMMARY OF QUALIFICATIONS

- 20+ years personal and commercial property insurance adjustment experience
- 8 years experience with Xactimate Property Estimating program
- 10+ years of experience with claims processing systems

## PROFESSIONAL HISTORY

**MMG – PRESQUE ISLE, ME** ...................................................................................... (8/2020 to present)
*Inside Property Senior Adjuster*

**SEDGWICK – QUINCY, MA** ........................................................................................(1/2012 to 8/2020)
*Regional Property General Adjuster*

**CRAWFORD & COMPANY – WALTHAM, MA**............................................................. (3/2009 – 1/2012)
*Property General Adjuster*

**EMBREE ADJUSTMENT & LOSS CONSULTING – HOPEDALE, MA** .............................. (4/2007 – 3/2009)
*Adjuster/Estimator*

**FM GLOBAL – NORWOOD, MA** ................................................................................ (10/1996 – 4/2007)
*Senior Adjuster*

**EXECUTIVE RISK INSURANCE COMPANY – SIMSBURY, CT** ...................................... (8/1995 – 10/1996)
*Underwriter*

## EDUCATION

A.S., Business Administration, Massachusetts Bay Community College

B.A., Business Administration, Century University

## ADDITIONAL PROFESSIONAL ACTIVITIES

- Currently hold adjuster licenses in Rhode Island, Vermont, New Hampshire, Connecticut, and Maine.

## COMMUNITY ACTIVITIES/INTERESTS

- Current Board Member (2002 – present) and past president (2006 - 2008) of Hopedale Youth Baseball Association Board of Directors
- Chairman Road Commission, Town of Hopedale

# Referenced Items

## SCHEDULE OF PROPERTY FORM

| Policyholder Name: | Onex York Holdings Corp. | Claim No: | 141826400 |
| --- | --- | --- | --- |
| Loss Date: (mm/dd/yyyy) | 4/26/2017 | Loss Location: | Quincy, MA |
| Police Dept. & Rpt. No: | | | |
| Details of Loss: | Fire | | |

| Loss State | (Click the down arrow to select the appropriate loss state and required compliance language) |
| --- | --- |
| MA | 0 |

| Item No. | Qty | Brand | Model # | Description (Include any relevant information that might affect the value of the property) | Condition N = New; L = Below Average; M = Average; H = Above Average | Original Value Each | Orginal Receipt Attached (Y/N) | Age Yrs. | Age Mos. | Place of Purchase | Can Item be Repaired (Y/N) | Insured's Repl. Cost Each |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | Supertab | 73230 | pendaflex folders  $25.89 | N | SEE WB Mason Report | | | | WB Mason | N | $25.89 |
| 2 | 11 | Green Mountain | | Coffee $118.24 | N | SEE WB Mason Report | | | | WB Mason | N | $236.48 |
| 3 | 2 | Newman's Own | | Coffee  $15.49 | | SEE WB Mason Report | | | | WB Mason | N | $30.98 |
| 4 | 1 | Lipton | | Tea Bags $7.41 | | SEE WB Mason Report | | | | WB Mason | N | $7.41 |
| 5 | 1 | Swiss Miss | | Hot Chocolate $14.44 | | SEE WB Mason Report | | | | WB Mason | N | $14.44 |
| 6 | 1 | Splenda | | artificial sweetner  $62.09 | | SEE WB Mason Report | | | | WB Mason | N | $62.09 |
| 7 | 1 | Coffee Cups | | $11.58 | | SEE WB Mason Report | | | | WB Mason | N | $11.58 |
| 8 | 1 | Sweet-n-low | | artificial sweetner $34.19 | | SEE WB Mason Report | | | | WB Mason | N | $34.19 |
| 9 | 1 | Equal | | artificial sweetner $27.99 | | SEE WB Mason Report | | | | WB Mason | N | $27.99 |
| 10 | 2 | CK Envelopes | | 72.09 | | SEE WB Mason Report | | | | WB Mason | N | $144.18 |
| 11 | 1 | Dominos | | sugar  $28.99 | | SEE WB Mason Report | | | | WB Mason | N | $28.99 |
| 12 | 1 | Pepper | | $17.38 | | SEE WB Mason Report | | | | WB Mason | N | $17.38 |
| 13 | 1 | Salt | | $13.44 | | SEE WB Mason Report | | | | WB Mason | N | $13.44 |

## SCHEDULE OF PROPERTY FORM

| | | | |
|---|---|---|---|
| **Policyholder Name:** | Onex York Holdings Corp. | **Claim No:** | 141826400 |
| **Loss Date:** (mm/dd/yyyy) | 4/26/2017 | **Loss Location:** | Quincy, MA |
| **Police Dept. & Rpt. No:** | | | |
| **Details of Loss:** | Fire | | |

| Loss State | *(Click the down arrow to select the appropriate loss state and required compliance language)* |
|---|---|
| MA | 0 |

| Item No. | Qty | Brand | Model # | Description *(Include any relevant information that might affect the value of the property)* | Condition N = New; L = Below Average; M = Average; H = Above Average | Original Value Each | Orginal Receipt Attached (Y/N) | Age Yrs. | Age Mos. | Place of Purchase | Can Item be Repaired (Y/N) | Insured's Repl. Cost Each |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 1 | Spoons | | $11.88 | | SEE WB Mason Report | | | | WB Mason | N | $11.88 |
| 15 | 1 | Knives | | $9.82 | | SEE WB Mason Report | | | | WB Mason | N | $9.82 |
| 16 | 1 | forks | | $8.17 | | SEE WB Mason Report | | | | WB Mason | N | $8.17 |
| 17 | 53 | BFI | | desk chairs | H | $13,681.46 | n | 12 | | BFI | N | $14,535.78 |
| 18 | 10 | | | office side chairs | | $1,500.00 | n | 5 | 1 | Facility Management Consultants | n | $2,000.00 |
| 19 | 10 | | | conference room chairs | M | $3,150.00 | n | 5 | 1 | | | $2,009.20 |
| 20 | 50 | AIS | | cubilces and office furniture | N | $55,468.76 | N | 5 | 1 | Facility Management Consultants | N | $55,468.76 |
| 21 | 50 | Interconnect | | Wiring of cubicles | | $27,614.88 | | | | | | |
| 22 | 1 | various | | Medicine cabinet | M | $150.00 | sample provided | 0 | 3 | New England Medical Services, Inc. | | $191.48 |
| 23 | 5 | Dell | | computer towers | M | | | | | | | $3,830.00 |
| 24 | 1 | HP | | check printer | M | | | | | HP | | $377.00 |
| 25 | 1 | HP | | mulit tray duplex laser jet | M | | | | | | | $1,200.00 |

## SCHEDULE OF PROPERTY FORM

| Policyholder Name: | Onex York Holdings Corp. | | Claim No: | 141826400 |
|---|---|---|---|---|
| Loss Date: (mm/dd/yyyy) | 4/26/2017 | Loss Location: | | Quincy, MA |
| Police Dept. & Rpt. No: | | | | |
| Details of Loss: | Fire | | | |

| Loss State | *(Click the down arrow to select the appropriate loss state and required compliance language)* |
|---|---|
| MA | 0 |

| Item No. | Qty | Brand | Model # | Description *(Include any relevant information that might affect the value of the property)* | Condition N = New; L = Below Average; M = Average; H = Above Average | Original Value Each | Orginal Receipt Attached (Y/N) | Age Yrs. | Age Mos. | Place of Purchase | Can Item be Repaired (Y/N) | Insured's Repl. Cost Each |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | 1 | Dell | | monitor | M | | | | | | | $130.00 |
| 27 | 1 | Cisco | | CP 8945 phone | M | | | | | | | $300.00 |
| 28 | 50 | | | Grey trash barrels  $12.41 | L | WB Mason | | | | | | $620.50 |
| 29 | 50 | | | Blue recycling barrels  $9.62 | L | WB Mason | | | | | | $481.00 |

| | |
|---|---|
| Gross Total | $81,828.63 |
| Deductible | |
| Total Other Pages | |
| Net Total | $81,828.63 |

*The above given information, and any attachments, is true and correct.  I know of no other information of which the Company should be advised.*

| Insured's Signature: | | Date: (mm/dd/yyyy) | |
|---|---|---|---|
| Title: | | | |

 **Cunningham Lindsey**

155 West Street,
Suite 6
Wilmington, MA 01887

| | | | |
|---|---|---|---|
| Insured: | Onex York Holdings Corp | Business: | (617) 435-6387 |
| Property: | 300 Crown Colony Dr Ste 501 | | |
| | Quincy, MA 02169 | | |
| Home: | 300 Crown Colony Dr Ste 501 | | |
| | Quincy, MA 02169 | | |

| | | | |
|---|---|---|---|
| Estimator: | Larry Embree | Business: | (781) 890-1696 |
| Business: | 330 Bear Hill Road | E-mail: | Lembree@cl-na.com |
| | Waltham, MA 02451 | | |

**Claim Number:** 141826400        **Policy Number:** YU2-Z11-B655X3-016        **Type of Loss:** Fire

| | | | |
|---|---|---|---|
| Date of Loss: | 4/26/2017 2:00 AM | Date Received: | 4/26/2017 11:15 AM |
| Date Inspected: | 4/27/2017 | Date Entered: | 4/27/2017 11:50 AM |

| | |
|---|---|
| Price List: | MABO8X_APR17 |
| | Restoration/Service/Remodel |
| Estimate: | ONEX_YORK_HOLDINGS_ C |

**We have prepared this estimate to assist  you** in determining what is necessary to restore your property to its pre-loss condition.  You can provide the estimate to your chosen contractor.

**Replacement Cost Coverage .**   In some circumstances, you may initially be paid the actual cash value (ACV) of the loss, which is the total repair cost less depreciation.  To claim  recoverable depreciation , provide us with a copy of the  invoice  from the contractor or other receipts showing your total cost of repairs for covered property.  Payment for this coverage is subject to the terms, conditions, and limitations of your policy, but generally it is based upon the amount you actually spend restoring or replacing the damaged covered property with like kind and quality, up to the amount of  recoverable  depreciation listed on our estimate.

**Contact us immediately  if additional damages are found or if your contractor estimate is higher than our estimate.**  We will work with you and your contractor to confirm how these factors might change our estimate.  **It is important that we have the opportunity to address additions or changes to the estimate, before you have those repairs completed.  Otherwise the policy may not provide coverage for the additional expenses.**

**Contact us if you have additional questions or needs.**

*Please refer to your insurance policy for actual policy language and definitions.*

 **Cunningham Lindsey**

155 West Street,
Suite 6
Wilmington, MA 01887

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 8,054.79 | SF Walls | 7,521.47 | SF Ceiling | 15,576.26 | SF Walls and Ceiling |
| 7,521.47 | SF Floor | 835.72 | SY Flooring | 885.06 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 919.06 | LF Ceil. Perimeter |
| | | | | | |
| 7,521.47 | Floor Area | 7,758.34 | Total Area | 8,054.79 | Interior Wall Area |
| 4,218.63 | Exterior Wall Area | 494.83 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



Main Level

# Report Index

| | |
|---|---|
| Coversheet | 1 |
| Estimator Info | 1 |
| Claim Info | 1 |
| Dates | 1 |
| Price List And Estimate Info | 1 |
| Opening Statement | 1 |
| Line Item Detail | 2 |
| Sketch | 3 |

i



**Exterior - 63-Onex York
Holdings**
Number Plate

Date Taken: 4/27/2017

Taken By: Adjuster



**Exterior - 64-Onex York**          Date Taken: 4/27/2017          Taken By: Adjuster
**Holdings**
Front Elevation



**Main Level/Open Area Left - 1-**
**Onex York Holdings**
Area of fire

Date Taken: 4/27/2017          Taken By: Adjuster



**Main Level/Open Area Left - 2-**       Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Area of fire



**Main Level/Open Area Left - 3-**        Date Taken: 4/27/2017        Taken By: Adjuster
**Onex York Holdings**
Area of fire



**Main Level/Open Area Left - 4-**
**Onex York Holdings**
Area of fire

Date Taken: 4/27/2017          Taken By: Adjuster



**Main Level/Open Area Left - 5-**
**Onex York Holdings**
Area of fire

Date Taken: 4/27/2017                    Taken By: Adjuster



**Main Level/Open Area Left - 6-**     Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Cubicle next to fire area



**Main Level/Open Area Left - 7-**   Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Cubicle next to fire area



**Main Level/Open Area Left - 10-**   Date Taken: 4/27/2017        Taken By: Adjuster
**Onex York Holdings**
Area of fire



**Main Level/Open Area Left - 9-**          Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Area of fire



**Main Level/Open Area Left - 8-**        Date Taken: 4/27/2017             Taken By: Adjuster
**Onex York Holdings**
Area of fire



**Main Level/Open Area Left - 16-**   Date Taken: 4/27/2017        Taken By: Adjuster
**Onex York Holdings**
Left Open Area



**Main Level/Open Area Left - 15-**    Date Taken: 4/27/2017              Taken By: Adjuster
**Onex York Holdings**
Left Open Area



**Main Level/Open Area Left - 14-**    Date Taken: 4/27/2017       Taken By: Adjuster
**Onex York Holdings**
Left Open Area



**Main Level/Open Area Left - 18-**   Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Left Open Area



**Main Level/Open Area Left - 24-**    Date Taken: 4/27/2017        Taken By: Adjuster
**Onex York Holdings**
Left Open Area



**Main Level/Open Area Left - 59-**   Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Front Door - Damaged by Fire Department



**Main Level/Open Area Left - 58-** Date Taken: 4/27/2017        Taken By: Adjuster
**Onex York Holdings**
Front Door - Damaged by Fire Department



**Main Level/Open Area Left - 57-**   Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Front Door - Damaged by Fire Department



**Main Level/Open Area Left - 56-**   Date Taken: 4/27/2017          Taken By: Adjuster
**Onex York Holdings**
Front Door - Damaged by Fire Department



**Main Level/Conference Room -**   Date Taken: 4/27/2017            Taken By: Adjuster
**22-Onex York Holdings**
Conference Room



**Main Level/Conference Room -**   Date Taken: 4/27/2017        Taken By: Adjuster
**23-Onex York Holdings**
Conference Room



**Main Level/Office 3 - 20-Onex**       Date Taken: 4/27/2017       Taken By: Adjuster
**York Holdings**
Office 3



**Main Level/IT Room - 25-Onex**      Date Taken: 4/27/2017            Taken By: Adjuster
**York Holdings**
IT Room



**Main Level/Kitchen - 28-Onex**       Date Taken: 4/27/2017        Taken By: Adjuster
**York Holdings**
Kitchen



**Main Level/Kitchen - 29-Onex**        Date Taken: 4/27/2017          Taken By: Adjuster
**York Holdings**
Kitchen



**Main Level/Office 1 - 42-Onex York Holdings**
Office 1

Date Taken: 4/27/2017

Taken By: Adjuster



**Main Level/Office 1 - 41-Onex**          Date Taken: 4/27/2017          Taken By: Adjuster
**York Holdings**
Office 1



**Main Level/Office 2 - 45-Onex
York Holdings**

Date Taken: 4/27/2017          Taken By: Adjuster

Office 2



**Main Level/Office 2 - 44-Onex**        Date Taken: 4/27/2017        Taken By: Adjuster
**York Holdings**
Office 2



**Main Level/Ryan McConnell -**         Date Taken: 4/27/2017             Taken By: Adjuster
**48-Onex York Holdings**
McConnell Office



**Main Level/Ryan McConnell -**     Date Taken: 4/27/2017          Taken By: Adjuster
**47-Onex York Holdings**
McConnell Office



**Main Level/Open Area Right -
33-Onex York Holdings**
Right Open Area

Date Taken: 4/27/2017

Taken By: Adjuster



**Main Level/Open Area Right -**
**34-Onex York Holdings**          Date Taken: 4/27/2017          Taken By: Adjuster
Right Open Area



**Main Level/Open Area Right -
35-Onex York Holdings**
Right Open Area

Date Taken: 4/27/2017          Taken By: Adjuster



**Main Level/Open Area Right -**          Date Taken: 4/27/2017          Taken By: Adjuster
**37-Onex York Holdings**
Right Open Area



**Main Level/Open Area Right -**        Date Taken: 4/27/2017        Taken By: Adjuster
**36-Onex York Holdings**
Right Open Area



**Main Level/Open Area Right - 55-Onex York Holdings**
Printer

Date Taken: 4/27/2017          Taken By: Adjuster



**Main Level/Open Area Right -**        Date Taken: 4/27/2017        Taken By: Adjuster
**54-Onex York Holdings**
Copier



**Main Level/Open Area Right -
49-Onex York Holdings**
Right Open Area

Date Taken: 4/27/2017          Taken By: Adjuster



**Main Level/Open Area Right -**          Date Taken: 4/27/2017          Taken By: Adjuster
**50-Onex York Holdings**
Right Open Area



**Main Level/Open Area Right -**
**39-Onex York Holdings**
Right Open Area

Date Taken: 4/27/2017

Taken By: Adjuster